UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re:<br>Jennifer M Moser<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  18-30235<br><br>Chapter:  13<br>Honorable LaShonda Hunt |
|---|---|---|

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The Debtor's plan is modified post-confirmation to add language to part 8 of the plan, nonstandard plan provisions, to list in section 8.1 that regarding the property located at 1815 Allcott Court Schaumburg, IL 60193, the debtor's non-filing spouse, James Moser who is the borrower on the mortgage shall make directly the mortgage payments to Podium Mortgage Capital, LLC c/o Flagstar Bank, FSB for the property located at 1815 Allcott Court Schaumburg, IL 60193 and the Chapter 13 Trustee will not make any payments to a claim by Podium Mortgage Capital, LLC c/o Flagstar Bank, FSB.

Enter:

*/s/ LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  February 11, 2019

**Prepared by:**

David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600