IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re matter of<br><br>JENNIFER M MOSER AKA JENNIFER M MICKALOWSKI AKA JENNIFER M O' CALLAGHAN,<br><br>Debtor. | BK Case No.: 18-30235<br>Chapter 13<br><br>Honorable Judge LaShonda A. Hunt |

## ORDER TERMINATING THE AUTOMATIC STAY

This cause coming on to be heard on the motion of BANK OF THE WEST to modify the restraining provisions of §362 of the Bankruptcy Code, and due notice having been given, and the debtor being in agreement;

IT IS HEREBY ORDERED that:

Relief from the automatic stay provisions of 11 U.S.C. § 362 of the Bankruptcy Code is hereby granted so as to permit BANK OF THE WEST to take any and all actions permissible pursuant to applicable state law regarding the vehicle described and identified as a 2017 Ford Mustang with VIN ending in 9796, including but not limited to selling the Vehicle at an auction sale.

That the effect of the Bankruptcy Rule 4001(a)(3) is waived by the Court.

Entered: *LaShonda A. Hunt*

Dated:   March 18, 2019                                          United States Bankruptcy Judge

**Prepared by:**
Mark A. Heftman, Esq., ARDC #6280185
BERGSTROM LAW, LTD.
9555 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
P: (702) 333-0007 | F: (702) 333-1524

Attorney for BANK OF THE WEST